**E-filed 5/3/06**

1  KEVIN V. RYAN (CABN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVABN 0722)
   Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084

7  Fax: (408)-535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13

14  UNITED STATES OF AMERICA,        )   No. CR 05-00516-JF
                                     )
15          Plaintiff,                )
                                     )   STIPULATION AND ORDER
16       v.                           )   RE-SCHEDULING SENTENCING
                                     )   HEARING
17  EMILY TREVETHAN,                 )
                                     )
18          Defendant.                )
                                     )

19

20       IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

21  hereby ordered, that the defendant's sentencing hearing, currently scheduled for Wednesday, May

22  3, 2006 at 9:00 a.m., be vacated and a new sentencing hearing date of Wednesday, August 2,

23  2006 at 9:00 a.m. is hereby set.

24  It is so stipulated.

25                                        /s/
    Dated: May 2, 2006                   _____
26                                        JOHN N. GLANG
                                          Assistant U.S. Attorney
27

28

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00516-JF**

1  It is so stipulated:

2  Dated: May 2, 2006

/s/
_____
SCOTT H. FREWING, ESQ.
Attorney for Emily Trevethan

5  It is so ORDERED:

6  Dated: 5/3/06 _____

_____
JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00516-JF**

2