Scott H. Frewing, State Bar No. 191311
Kelly Going, State Bar No. 233355
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:   +1 650 856 9299
scott.h.frewing@bakernet.com
kelly.going@bakernet.com

Attorneys for Defendant
Emily Trevethan

\*\*E-filed 7/13/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY TREVETHAN, et al.,<br><br>Defendant. | **Case No.  CR 05-00516-JF**<br><br>**STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING** |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Wednesday,

//
//
//
//
//
//
//
//
//

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING

1  August 2, 2006 at 9:00 a.m. be vacated and a new sentencing hearing date of Wednesday, October
2  18, 2006 at 9:00 a.m. is hereby set.
3      It is so stipulated.

5  Dated: July 11, 2006            Respectfully submitted,
6                                         BAKER & McKENZIE LLP

8                                         By: /s/ Scott H. Frewing
9                                                Scott H. Frewing
                                              Attorneys for Emily Trevethan

11  Dated: July 11, 2006

13                                         By: /s/ John S. Glang
14                                              John S. Glang
                                            Assistant U.S. Attorney

15  It is so ORDERED.
16  Dated: 7/13/06

19                                         By: [signature]
                                             JEREMY FOGEL
20                                               UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING