**E-filed 10/6/06**

Scott H. Frewing, State Bar No. 191311
Kelly Going, State Bar No. 233355
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.h.frewing@bakernet.com
kelly.going@bakernet.com

Attorneys for Defendant
Emily Trevethan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILY TREVETHAN, et al.,<br><br>    Defendant. | **Case No.  CR 05-00516-JF**<br><br>**STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING** |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Wednesday,

//
//
//
//
//
//
//
//
//

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING

1  October 18, 2006 at 9:00 a.m. be vacated and a new sentencing hearing date of Wednesday,
2  November 29, 2006 at 9:00 a.m. is hereby set.
3      It is so stipulated.

5  Dated: September 29, 2006          Respectfully submitted,
6                                     BAKER & McKENZIE LLP

8                                     By: /s/ Scott H. Frewing
9                                        Scott H. Frewing
                                         Attorneys for Emily Trevethan

11 Dated: September 29, 2006

13                                    By: /s/ John S. Glang
                                         John S. Glang
14                                       Assistant U.S. Attorney

15 It is so ORDERED.
16 Dated: 10/6/06

19                                    By: _____
                                         JEREMY FOGEL
20                                       UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING