1  Scott H. Frewing, State Bar No. 191311     **E-filed 11/29/06**
   Kelly Going, State Bar No. 233355
2  **Baker & McKenzie LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:  +1 650 856 9299
   scott.h.frewing@bakernet.com
5  kelly.going@bakernet.com

6  Attorneys for Defendant
   Emily Trevethan
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA, | **Case No.  CR 05-00516-JF** |
12 | Plaintiff, | **STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING** |
13 | v. | |
14 | EMILY TREVETHAN, et al., | |
15 | Defendant. | |

16

17     IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing,

18 currently scheduled for Wednesday, November 29, 2006 at 9:00 a.m. shall be vacated and a new

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CR 03-20110-RMW
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

1  sentencing hearing date of Wednesday, February 21, 2007 at 9:00 a.m. shall be set.

2  It is so stipulated.

Dated: November 20, 2006                          Respectfully submitted,

                                                          BAKER & McKENZIE LLP

                                                          By: /s/ Scott H. Frewing
                                                             Scott H. Frewing
                                                              Attorneys for Emily Trevethan

Dated: November 20, 2006

                                                          By: /s/ John S. Glang
                                                              John S. Glang
                                                              Assistant U.S. Attorney

It is so ORDERED.

Dated: 11/29/06

                                                          By: [signature]
                                                               JEREMY FOGEL
                                                               UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR 03-20110-RMW
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING