**E-filed 2/23/07**

1   Scott H. Frewing, State Bar No. 191311
    Kelly Going, State Bar No. 233355
2   **Baker & McKenzie LLP**
    660 Hansen Way
3   Palo Alto, CA  94304-1044
    Telephone: +1 650 856 2400
4   Facsimile:   +1 650 856 9299
    scott.h.frewing@bakernet.com
5   kelly.going@bakernet.com

6   Attorneys for Defendant
    Emily Trevethan
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,              **Case No.  CR 05-00516-JF**

12            Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]**
                                           **ORDER RE-SCHEDULING**
13            v.                           **SENTENCING HEARING**

14  EMILY TREVETHAN, et al.,

15            Defendant.

16

17        IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing,

18  currently scheduled for Wednesday, February 21, 2007 at 9:00 a.m. shall be vacated and a new

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR 03-20110-RMW
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

1  sentencing hearing date of Wednesday, March 28, 2007 at 9:00 a.m. shall be set.

2  It is so stipulated.

3

4  Dated:  February 15, 2007                              Respectfully submitted,

5                                                         BAKER & McKENZIE LLP

6

7                                                         By:  /s/ Scott H. Frewing
                                                              Scott H. Frewing
                                                              Attorneys for Emily Trevethan

8

9

10  Dated:  February 15, 2007

11                                                        By:  /s/ John S. Glang
                                                             John S. Glang
12                                                            Assistant U.S. Attorney

13

14  It is so ORDERED.

15  Dated:  _____2/23/07_____

16

17                                                        By:  _____

18                                                             JEREMY FOGEL
                                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING

1

**ATTESTATION OF CONFORMED SIGNATURES**

2           I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3     "conformed" signature (/s/) within this e-filed document.

4

Dated:  February 15, 2007                          BAKER & McKENZIE LLP

5

6

By:  /s/ Scott H. Frewing

7                                                  Scott H. Frewing
                                                   Attorneys for Emily Trevethan
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No CR 03-20110-RMW
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING