**E-filed 3/26/07**

1 | Scott H. Frewing, State Bar No. 191311
Kelly Going, State Bar No. 233355
2 | **Baker & McKenzie LLP**
660 Hansen Way
3 | Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
4 | Facsimile:   +1 650 856 9299
scott.h.frewing@bakernet.com
5 | kelly.going@bakernet.com

6 | Attorneys for Defendant
Emily Trevethan

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.  CR 05-00516-JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING SENTENCING HEARING** |
| v. | |
| EMILY TREVETHAN, et al., | |
| Defendant. | |

17  IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing,

18 currently scheduled for Wednesday, March 28, 2007 at 9:00 a.m. shall be vacated and a new

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR 05-00516-JF
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

sentencing hearing date of Wednesday, May 9, 2007 at 9:00 a.m. shall be set.

It is so stipulated.

Dated: March 13, 2007

Respectfully submitted,

BAKER & McKENZIE LLP

By: /s/ Scott H. Frewing
    Scott H. Frewing
    Attorneys for Emily Trevethan

Dated: March 13, 2007

By: /s/ John S. Glang
    John S. Glang
    Assistant U.S. Attorney

**It is so ORDERED.**

Dated: 3/26/07

By: _____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No CR 05-00516-JF
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING