| | |
|---|---|
| Scott H. Frewing, State Bar No. 191311<br>Kelly Going, State Bar No. 233355<br>Mark Roche, State Bar No. 245773<br>**Baker & McKenzie LLP**<br>660 Hansen Way<br>Palo Alto, CA  94304-1044<br>Telephone: +1 650 856 2400<br>Facsimile:  +1 650 856 9299<br>scott.h.frewing@bakernet.com<br>kelly.going@bakernet.com<br>mark.roche@bakernet.com<br><br>Attorneys for Defendant<br>Emily Trevethan | **E-filed 5/8/07** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>EMILY TREVETHAN, et al.,<br><br>            Defendant. | **Case No.  CR 05-00516-JF**<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER RE-SCHEDULING**<br>**SENTENCING HEARING** |

   IT IS HEREBY STIPULATED between the parties that the defendant's sentencing hearing, currently scheduled for Wednesday, May 9, 2007 at 9:00 a.m. shall be vacated and a new

//
//
//
//
//
//
//
//

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR 05-00516-JF
STIPULATION AND ORDER SCHEDULING SENTENCING HEARING

1  //

2  //

3  sentencing hearing date of Wednesday, July 11, 2007 at 9:00 a.m. shall be set.

4  It is so stipulated.

6  Dated: May 4, 2007                           Respectfully submitted,

7                                               BAKER & McKENZIE LLP

9                                               By: /s/ Scott H. Frewing
10                                                  Scott H. Frewing
                                                    Attorneys for Emily Trevethan

12 Dated: May 4, 2007

14                                               By: /s/ John S. Glang
                                                    John S. Glang
15                                                  Assistant U.S. Attorney

16 **It is so ORDERED.**

17 Dated: 5/7/07

20                                               By: /s/ Jeremy Fogel
                                                    JEREMY FOGEL
21                                                  UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No CR 05-00516-JF
STIPULATION AND ORDER RE-SCHEDULING SENTENCING HEARING